IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

COREY COX                                                                                          PLAINTIFF

v.                                          2:17CV00086-JLH

CITY OF WYNNE; *et al.*                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 24th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1